MARY A. MAY, as Administratrix of the Estate of GUY MAY, Deceased, Respondent, *v.* CITY OF BUFFALO, Appellant, Impleaded with Another.

(Argued March 10, 1933; decided April 11, 1933.)

674

*Charles L. Feldman, Corporation Counsel (Bart J. Shanahan* of counsel), for appellant.

*Henry Jadd, Harold J. Tillou* and *Solomon Tully* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.